THOMAS E. CLARK, as Surviving Executor of MARY F. FARNHAM, Deceased, Respondent, *v.* MARY E. TRUSLOW, Appellant.

Reported below, 161 App. Div. 675.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action by an executor to recover the amount of a residuary legacy paid, it having appeared after payment that there was a deficiency of assets for distribution.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that the exceptions presented no question reviewable by the Court of Appeals.

*William G. Phlippeau* for motion.

*Henry W. Jessup* opposed.

Motion denied, without costs.